UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PETER L. MALKIN; ANTHONY E. MALKIN;
THOMAS N. KELTNER, JR; AND ESRT MH
HOLDINGS L.L.C.,

                Plaintiffs,

-against-                                            20 **CIVIL** 9874 (AT)

## **JUDGMENT**

VIRGINIA SHASHA AND VIVIENNE PERO,
CO-TRUSTEES OF THE VIOLET SHUKER
SHASHA TRUST; DANIELLE P. BARGER,
TRUSTEE OF THE EDELMAN FAMILY
DECEDENT'S TRUST; LAURENCE ADLER
AND SHIRLEY ADLER, TRUSTEES OF THE
ADLER FAMILY TRUST; MYRNA JOY EDELMAN,
TRUSTEE OF THE 2006 GILBERT M. EDELMAN
INTER VIVOS TRUST; EMPIRE STATE
LIQUIDITY FUND, LLC; MARY JANE FALES;
MELVYN H. HALPER; PHYLLIS J. HALPER;
AND WENDY S. TAMIS,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 27, 2021, that portion of the petition seeking to partially vacate the Award is DENIED, and that portion of the petition requesting confirmation of the Award is GRANTED. Judgment is entered against Petitioners, jointly and severally, in the amount of $1,165,160.50 as allocated by the Award, plus 9.0% post-award, pre-judgment interest running from the Award date of October 2, 2020, to the date of judgment, in the amount of $103,427.95, and post-judgment interest as calculated from the date of the order; accordingly, the case is closed.

**Dated:**  New York, New York

       September 27, 2021

                                                                    **RUBY J. KRAJICK**
                                                                    _____
                                                                    **Clerk of Court**
                                                        **BY:**    _K. Mango_
                                                                     _____
                                                                    **Deputy Clerk**