USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/21/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER L. MALKIN; ANTHONY E. MALKIN; THOMAS N. KELTNER, JR.; AND ESRT MH HOLDINGS L.L.C.,

        Petitioners,

-against-

VIRGINIA SHASHA AND VIVIENNE PERO, CO-TRUSTEES OF THE VIOLET SHUKER SHASHA TRUST; DANIELLE P. BARGER, TRUSTEE OF THE EDELMAN FAMILY DECEDENT'S TRUST; LAURENCE ADLER AND SHIRLEY ADLER, TRUSTEES OF THE ADLER FAMILY TRUST; MYRNA JOY EDELMAN, TRUSTEE OF THE 2006 GILBERT M. EDELMAN INTER VIVOS TRUST; EMPIRE STATE LIQUIDITY FUND, LLC; MARY JANE FALES; MELVYN H. HALPER; PHYLLIS J. HALPER; AND WENDY S. TAMIS,

        Respondents.

20 Civ. 9874 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    For the reasons set forth in the Second Circuit order on Petitioners' appeal, ECF No. 72, this case is DISMISSED without prejudice.

    SO ORDERED.

Dated: April 21, 2023
       New York, New York

                              ANALISA TORRES
                           United States District Judge